# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RAYMOND CHARLES LEONARD,

    Plaintiff,

v.                                     CASE NO. 3:19cv4823-MCR-MJF

KRYSTIN MCDONALD, et al.,

    Defendants.

_____/

## O R D E R

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated June 9, 2020. ECF No. 17. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and the objection, ECF No. 18, [1] the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Plaintiff failed to timely file his objection, *see* ECF No. 18.  Even if the objection is considered timely, it does not set forth adequate grounds for the relief sought.

2. Defendant Phyllis Sellars's Motion to Dismiss, ECF No. 12, is **GRANTED.** Plaintiff's claims against Defendant Sellars are **DISMISSED** with prejudice because they are barred by the statute of limitations.

3. Plaintiff's claims against Defendants Krystin McDonald and Teresa Wilkie are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of August, 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 3:19cv4823-MCR-MJF